UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80438-CIV-HURLEY/HOPKINS

NYSE EURONEXT,
a foreign corporation,

Plaintiff,

vs.

NICOLAS ATWOOD, a Florida citizen;
BITE BACK, INC., a Florida corporation;
ANIMAL LIBERATION FRONT, an
unincorporated association, JANE DOES
1-100 names being unknown and fictitious;
and JOHN DOES 1-100 names being
unknown and fictitious,

Defendants.
_______________________________________/

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Plaintiff NYSE Euronext, by and through its undersigned attorneys, states that it does not oppose the extension of time requested in Defendants' Motion for Enlargement of Time assuming that the Court simultaneously enlarges Plaintiff's deadline for filing a Reply for the same period.

Dated this 13th day of June, 2007.

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By: *_/s/Paul M. Renner_*
Paul M. Renner
Florida Bar No. 40304
14 East Bay Street
Jacksonville, Florida 32202
prenner@milamhoward.com
Tel: (904) 357-3660
Fax: (904) 357-3662

Attorneys for Plaintiff

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF, and that it is being served this 13th day of June, 2007, via the transmission of Notices of Electronic Filing generated by CM/ECF on the following counsel of record:

L. Martin Reeder, Jr.
Reeder & Reeder, P.A.
250 S. Central Boulevard, Suite 200
Jupiter, Florida 33458
martin@reederandreeder.com

*/s/Paul M. Renner*
Attorney