UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-80438-CIV-HURLEY
U. S. Magistrate Hopkins

NYSE EURONEXT,
A foreign corporation,

Plaintiff,
v.

NICOLAS ATWOOD, a Florida citizen;
BITE BACK, INC., a Florida corporation;
ANIMAL LIBERATION FRONT, an
unincorporated association, JANE DOES
1-100 names being unknown and fictitious;
and JOHN DOES 1-100 names being
unknown and fictitious,

Defendants.
___________________________________/

JOINT MOTION FOR ENLARGEMENT OF TIME
TO FACILITATE ANTICIPATED SETTLEMENT

Defendants Nicolas Atwood and Bite Back, Inc. ("Defendants") and Plaintiff NYSE Euronext (collectively the "Parties") jointly move for an additional twenty (20) day enlargement of the time by which Defendants must respond to the Complaint and Plaintiff's Motion for Temporary Restraining Order (the "Motion"). In support of their joint motion, the Parties state:

1. Defendants' responses to the Complaint and Motion are due to be served by June 25, 2007 pursuant to Fed. R. Civ. P. 12 and the Court's June 15, 2007 order granting Defendants' previous motion for enlargement of time.

2. The Parties, through counsel, are engaged in active settlement discussions and have agreed in principle to the terms of a settlement that, if reduced to writing and executed, would fully resolve this case and result in its dismissal. The Parties need additional time for their

Dockets.Justia.com

counsel to reduce the concepts to writing, to allow the Parties to review the draft agreement and to decide whether to bind themselves to it.

3. Because they now expect this case to be settled, the Parties mutually desire to focus their efforts and resources on trying to achieve a settlement rather than continuing with the litigation. Requiring the Defendants to devote their resources to preparing responses to the Complaint and the Motion and requiring the Plaintiff to then prepare reply papers would be counterproductive to the goal of "secur[ing] the just, speedy and inexpensive" resolution of this action.

4. A twenty (20) day enlargement of the current deadlines from Monday, June 25, 2007 to Monday, July 16, 2007 will provide the Parties enough time to try to reach a settlement.

5. Pursuant to Section 3I.(3) of the Administrative Procedures for Electronically Filing Documents, as revised October 2006, the filer of this joint motion is authorized to represent that counsel for the Plaintiff has given his consent to the indication of his signature appearing below.

WHEREFORE, the Parties respectfully request that the Court enter an order granting Defendants an enlargement of time through and including July 16, 2007 to serve their responses to the Complaint and the Motion. A proposed order granting the requested enlargement is attached.

MILAM HOWARD NICANDRI DEES & GILLAM, P.A.

/s Paul M. Renner
Paul M. Renner
Florida Bar No. 40304
14 East Bay Street
Jacksonville, FL 32202
Tel: 904-357-3660
Fax: 904-357-3661

*Attorneys for NYSE Euronext*

REEDER & REEDER P.A.

s/ L. Martin Reeder, Jr.
L. Martin Reeder, Jr.
Florida Bar No. 308684
250 S. Central Blvd., Suite 200
Jupiter, Florida 33458
Tel: 561-575-9750
Fax: 561-575-9765

*Attorneys for Nicolas Atwood and Bite Back, Inc.*