UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-80438-CIV-HURLEY
U. S. Magistrate Hopkins

NYSE EURONEXT,
a foreign corporation,

Plaintiff,
v.

NICOLAS ATWOOD, a Florida citizen;
BITE BACK, INC., a Florida corporation;
ANIMAL LIBERATION FRONT, an
unincorporated association; JANE DOES
1-100 names being unknown and fictitious;
and JOHN DOES 1-100 names being
unknown and fictitious,

Defendants.
___________________________________/

ORDER GRANTING JOINT MOTION FOR ENLARGEMENT
OF TIME TO FACILITATE ANTICIPATED SETTLEMENT

THIS CAUSE is before the Court on the parties' Joint Motion for Enlargement of Time to Facilitate Anticipated Settlement. Upon due consideration, it is

ORDERED that the motion is GRANTED. Defendant shall serve its responses to the Complaint and Motion for Temporary Restraining Order on or before July 16, 2007.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida, this _____ day of June, 2007.

_________________________________
DANIEL T. K. HURLEY
United States District Judge

Copies furnished to counsel of record.

Dockets.Justia.com