UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-80438-CIV-HURLEY
U. S. Magistrate Hopkins

NYSE EURONEXT,
A foreign corporation,

Plaintiff,
v.

NICOLAS ATWOOD, a Florida citizen;
BITE BACK, INC., a Florida corporation;
ANIMAL LIBERATION FRONT, an
unincorporated association, JANE DOES
1-100 names being unknown and fictitious;
and JOHN DOES 1-100 names being
unknown and fictitious,

Defendants.
___________________________________/

JOINT MOTION FOR SECOND ENLARGEMENT OF TIME
TO FACILITATE ANTICIPATED SETTLEMENT

Defendants Nicolas Atwood and Bite Back, Inc. ("Defendants") and Plaintiff NYSE Euronext (collectively the "Parties") jointly move for an additional ten (10) day enlargement of the time by which Defendants must respond to the Complaint and Plaintiff's Motion for Temporary Restraining Order (the "Motion"). In support of their joint motion, the Parties state:

1. Defendants' responses to the Complaint and Motion are due to be served by July 16, 2007 pursuant to the Court's June 25, 2007 Endorsed Order granting the Parties' first Joint Motion for Enlargement of Time to Facilitate Anticipated Settlement.

2. The Parties' attorneys have exchanged several drafts of a written settlement agreement. Although it appears that there are no major obstacles to completing a mutually acceptable settlement agreement, the Parties need some additional time to finalize the agreement

Dockets.Justia.com

and to have it executed by the Parties' representatives. The Parties also require additional time because Defendants' counsel has been on a family vacation since July 3, 2007 and is not returning to the office until July 16, 2007.

3. An additional 10-day enlargement of the time (through and including July, 26 2007) will be sufficient to complete the settlement.

4. Pursuant to Section 3I.(3) of the Administrative Procedures for Electronically Filing Documents, as revised October 2006, the filer of this joint motion is authorized to represent that counsel for the Plaintiff has given his consent to the indication of his signature appearing below.

WHEREFORE, the Parties respectfully request that the Court enter an order granting Defendants an enlargement of time through and including July 26, 2007 to serve their responses to the Complaint and the Motion. A proposed order granting the requested enlargement is attached.

Respectfully submitted,

MILAM HOWARD NICANDRI DEES & GILLAM, P.A.

/s Paul M. Renner
Paul M. Renner
Florida Bar No. 40304
14 East Bay Street
Jacksonville, FL 32202
Tel: 904-357-3660
Fax: 904-357-3661

*Attorneys for NYSE Euronext*

REEDER & REEDER P.A.

s/ L. Martin Reeder, Jr.
L. Martin Reeder, Jr.
Florida Bar No. 308684
250 S. Central Blvd., Suite 200
Jupiter, Florida 33458
Tel: 561-575-9750
Fax: 561-575-9765

*Attorneys for Nicolas Atwood and Bite Back, Inc.*