UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-80438-CIV-HURLEY
U. S. Magistrate Hopkins

NYSE EURONEXT,
A foreign corporation,

Plaintiff,

v.

NICOLAS ATWOOD, a Florida citizen; BITE BACK, INC., a Florida corporation; ANIMAL LIBERATION FRONT, an unincorporated association, JANE DOES 1-100 names being unknown and fictitious; and JOHN DOES 1-100 names being unknown and fictitious,

Defendants.
_____________________________________/

JOINT NOTICE OF SETTLEMENT

Plaintiff NYSE/EURONEXT and Defendants Nicolas Atwood and Bite Back, Inc. (collectively the "Parties") give notice that they have reached a settlement agreement resolving this dispute. According to the terms of the agreement, notices will be filed dismissing all of Plaintiff's claims. The Parties expect this to occur within approximately ten (10) days. Accordingly, the Parties request that the Court take no further action with respect to this matter pending the filing of said notices.

Respectfully submitted,

MILAM HOWARD NICANDRI DEES & GILLAM, P.A.

/s Paul M. Renner
Paul M. Renner
Florida Bar No. 40304
14 East Bay Street
Jacksonville, FL 32202
Tel: 904-357-3660
Fax: 904-357-3661

*Attorneys for NYSE Euronext*

REEDER & REEDER P.A.

s/ L. Martin Reeder, Jr.
L. Martin Reeder, Jr.
Florida Bar No. 308684
250 S. Central Blvd., Suite 200
Jupiter, Florida 33458
Tel: 561-575-9750
Fax: 561-575-9765

*Attorneys for Nicolas Atwood and Bite Back, Inc.*

Dockets.Justia.com