UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 07-80438-CIV-HURLEY
U. S. Magistrate Hopkins

NYSE EURONEXT,
A foreign corporation,

Plaintiff,

v.

NICOLAS ATWOOD, a Florida citizen:
BITE BACK, INC., a Florida corporation;
ANIMAL LIBERATION FRONT, an
Unincorporated association, JANE DOES
1-100 names being unknown and fictitious;
and JOHN DOES 1-100 names being
unknown and fictitious,

Defendants.
_______________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS
NICOLAS ATWOOD AND BITE BACK, INC.**

Plaintiff NYSE Euronext hereby voluntarily dismisses, pursuant to Fed. R. Civ. P. 41(a), all of its claims against defendants Nicolas Atwood and Bite Back, Inc. Said claims are hereby dismissed with prejudice.

Dockets.Justia.com

Dated this 17th day of August, 2007.

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By: */s/Paul M. Renner*
Paul M. Renner
Florida Bar No. 40304
14 East Bay Street
Jacksonville, FL 32202
prenner@milamhoward.com
Tel: (904) 357-3660
Fax: (904) 357-3662

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERITY that on August 17th, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

*/s/Paul M. Renner*
Attorney

L. Martin Reeder, Jr.
Reeder & Reeder P.A.
250 South Central Blvd., Suite 200
Jupiter, FL 33458
Tel: 561-575-9750
Fax: 561-575-9765
martin@reederandreeder.com
Attorneys for Defendants Nicolas Atwood and Bite Back, Inc.