**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-80438-CIV-HURLEY**

**NYSE EURONEXT,**
**plaintiff,**

**vs.**

CLOSED CASE

**NICOLAS ATWOOD,**
**BITEBACK INC., et al.,**
**defendant.**
______________________________/

**ORDER OF FINAL DISMISSAL WITH PREJUDICE & CLOSE-OUT**

**THIS CAUSE** is before the Court upon the plaintiff's notices of voluntary dismissal as to all defendants [DE# 14, 15]. Having considered the same, it is

**ORDERED AND ADJUDGED**:

1. This case is now **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and attorneys' fees. There being nothing further for the court to resolve, the Clerk of the Court shall enter this case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 17th day of August, 2007.

Daniel T. K. Hurley
United States District Judge

cc.
all counsel

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts